Matter of Probate of Will of James Morgan.— Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.